

# NUMBER 13-24-00279-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JONATHAN WAYNE CRYER,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                         Appellee.

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

Appellant, Jonathan Wayne Cryer, filed a notice of appeal with this Court from his conviction in trial court cause number A-24-5001-CR. The trial court's certification of the defendant's right to appeal shows that the defendant waived his right to appeal and does not otherwise have the right to appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On May 23, 2024, we ordered appellant's counsel to review the record and determine whether appellant has the right to appeal. After no response to the order, on July 23, 2024, the matter was abated and remanded for the trial court to determine whether the appeal had been abandoned by appellant or his counsel. On July 24, 2024, appellant's counsel filed a response indicating the judgement was entered after a plea-bargain; she further confirmed that the appellant waived his right to appeal and does not otherwise have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *Id.* R. 25.2(d); *see id.* R. 37.1, 44.3, 44.4. Accordingly, the appeal is hereby reinstated and dismissed.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
15th day of August, 2024.

2